Louis L. Cage, as Executor of Isaac Wiseman, Deceased, Respondent, *v.* Fannie Rosenberg, Appellant.

Submitted January 4, 1937; decided January 12, 1937.

*Edwin R. Wolff* for motion.
*Moses H. Rothman* opposed.

Motion denied, with leave to renew upon argument.